```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

FLORICA BULIGA,

                Plaintiff,　　　　　23-cv-11245 (JGK)

    - against -　　　　　　　　　　ORDER

B.M.W. CORP,

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

The time for the defendant to answer or respond to the complaint was April 8, 2024. ECF No. 4. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **April 19, 2024.** Failure to respond to the complaint by this date could result in a default judgment being entered against that defendant.

The plaintiff is directed to serve a copy of this Order on the defendant and to file proof of such service on the docket by **March 15, 2024.**

SO ORDERED.

Dated:　　New York, New York
　　　　　April 11, 2024

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                              United States District Judge