UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLORICA BULIGA,

                Plaintiff(s)

                                                        23 civ 11245 (JGK)

        -against-

B.M.W. CORP.,

                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference for May 1, 2024, at 12:00pm, is canceled.

**SO ORDERED.**

                                                                         **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 24, 2024
            25