```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| FLORICA BULIGA, | 23-cv-11245 (JGK) |
|             Plaintiff, | ORDER |
| - against - | |
| B.M.W. CORP, | |
|             Defendant. | |

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **June 25, 2024,** at **5:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            June 18, 2024

                                              John G. Koeltl
                                    United States District Judge