UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLORICA BULIGA,

                Plaintiff,

- against -

B.M.W. CORP,

                Defendant.

23-cv-11245 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **July 2, 2024**, at **4:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
              June 27, 2024

                                              John G. Koeltl
                                       United States District Judge