UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

FLORICA BULIGA,                                23-cv-11245 (JGK)

                Plaintiff,         ORDER

    - against -

B.M.W. CORP,

                Defendant.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **July 30, 2024**, at **11:30 a.m.**

    Dial-in: 888-363-4749, with access code 8140049.

    The parties failed to appear at a telephone conference on June 25, 2024, ECF No. 8, and on July 2, 2024, ECF No. 9. If the parties fail to appear at the next conference, the case will be dismissed for failure to prosecute.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
           July 3, 2024

                                          John G. Koeltl
                                United States District Judge