```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

**FLORICA BULIGA,**

                **Plaintiff,**

                23-cv-11245 (JGK)

   - against –

                ORDER

**B.M.W. CORP.,**

                **Defendant.**

─────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The pro se plaintiff brought this action on December 28, 2023. ECF No. 1. While a prior order indicated that "mail is not an authorized method for service of the summons and complaint," ECF No. 7, because "the United Kingdom allows for service by mail in domestic proceedings," Rule 4(f)(2)(A) of the Federal Rules of Civil Procedure permits service by mail on a party in the United Kingdom. Francisco v. Abengoa, S.A., 624 F. Supp. 3d 365, 391 (S.D.N.Y. 2022) (citing Rule 6.3(1)(b) of the Civil Procedure Rules of the United Kingdom, http://www.justice.gov.uk/courts/procedure-rules/civil/rules/part06#IDAROHCC).

    On February 27, 2025, the plaintiff submitted documents affirming that on February 27, 2025, the plaintiff served the summons and complaint on the defendant in the United Kingdom via DHL courier. See ECF No. 18; Fed. R. Civ. P. 4(l)(2)(B).

Therefore, pursuant to Rule 12(a)(1)(A)(i), the defendant must answer or otherwise respond to the complaint by **March 20, 2025.**

The Clerk is directed to mail a copy of this Order to the plaintiff at 840 8th Avenue, #10D, New York, NY 10019, and to note such mailing on the docket.

The Clerk is also directed to mail a copy of this Order to the defendant at MINI Plant Oxford, Horth Path Road, Cowly, Oxford, OX46NL, United Kingdom, and to note such mailing on the docket.

**SO ORDERED.**
**Dated:   New York, New York**
**         March 6, 2025**

                                       /s/ John G. Koeltl
                                           **John G. Koeltl**
                             **United States District Judge**