```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

FLORICA BULIGA,

               Plaintiff,

     - against -

B.M.W. CORP.,

               Defendant.

23-cv-11245 (JGK)

ORDER

-----------------------------------------

JOHN G. KOELTL, District Judge:

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer the complaint was **March 20, 2025**. ECF No. 20. To date, no answer has been filed.

    The time for the defendant to answer or respond to the complaint is extended to **April 20, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

    The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **April 4, 2025**.

SO ORDERED.
Dated:   New York, New York
          March 24, 2025

                                                  John G. Koeltl
                                      United States District Judge