```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

FLORICA BULIGA,

               Plaintiff,         23-cv-11245 (JGK)

    - against -              <u>ORDER</u>

B.M.W. CORP.,

               Defendant.

-----------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff has requested an extension of time to June 23, 2025 (ECF No. 24), to respond to the Order to Show Cause dated April 25, 2025 (ECF No. 23). The application for an extension of time is **granted**.

    The Clerk is respectfully directed to send this Order to the plaintiff by physical mail and by email to dianabuliga@gmail.com, and to note such service on the docket.

SO ORDERED.
Dated:    New York, New York
           May 29, 2025

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                    United States District Judge